SECOND DISTRICT—OCTOBER, 1913.     55

King v. Chicago & Joliet Electric Ry. Co., 183 Ill. App. 55.

## Lulu King, Appellee, v. Chicago & Joliet Electric Railway Company, Appellant.

### Gen. No. 5,814.    (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. CHARLES B. CAMPBELL, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed October 17, 1913.

### Statement of the Case.

Action by Lulu King against the Chicago & Joliet Electric Railway Company to recover for injuries sustained by plaintiff resulting from the negligence of defendant in operating its car on the highway, whereby the horse which plaintiff was driving took fright and the carriage in which she was riding was overturned. From a judgment in favor of plaintiff for four hundred dollars defendant appeals.

E. MEERS, for appellant.

COWING & KING, for appellee.

Mr. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 85*—*when liable for injuries resulting from frightening a horse driven on highway.* In an action for injuries received by plaintiff alleged to have been caused by the negligence of defendant in operating an electric street car on the highway, whereby the horse which plaintiff was driving was frightened and caused the carriage in which plaintiff was riding to be overturned in a gully at the side of highway, evidence tending to show that the motorman did not slacken speed of car when the horse showed great evidence of freight, *held* sufficient to sustain a verdict for plaintiff.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.